UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LITTLE KIDS, INC.

   -V-                                                                                       No. 15-0095 ML

DAVID J. CATANZARO

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Little Kids, Inc. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

                                                     LITTLE KIDS, INC.

                                                     By its attorneys,

Dated: March 13, 2015                      /s/ Robert D. Fine
                                                   _____
                                                   Robert D. Fine, Esq. (#2447)
                                                   Chace Ruttenberg & Freedman, LLP
                                                   One Park Row, Suite 300
                                                   Providence, RI 02903
                                                   Fax – (401) 453-6411
                                                   E-Mail – rfine@crfllp.com

CERTIFICATE OF SERVICE

      I hereby certify that the within Corporate Disclosure Statement was filed through the ECF system on the 13th day of March, 2015, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to counsel who are not registered on the ECF system.

                                                     /s/ Robert D. Fine
                                                     _____