*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

LITTLE KIDS, INC.

   -V-                                               No. 15-0095

DAVID J. CATANZARO

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Little Kids, Inc. hereby dismisses its complaint, without prejudice, pursuant to Rule 41(a) of the Rules of Civil Procedure, defendant not having answered or otherwise appeared.

                                            LITTLE KIDS, INC.
                                            By its attorneys,

                                            /s/ Robert D. Fine
                                            _____

                                            Robert D. Fine (2447)
                                            CHACE RUTTENBERG & FREEDMAN, LLP
                                            One Park Row, Suite 300
                                            Providence, RI  02903
                                            Tel.:   (401) 453-6400
                                            Fax:   (401) 453-6411
                                            Email: rfine@crfllp.com
                                            Dated: March 31, 2015