AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___District of Rhode Island___ on the following   X  Patents or    Trademarks:

| DOCKET NO.<br>CA 15-95 | DATE FILED<br>3/13/2015 | U.S. DISTRICT COURT<br>District of Rhode Island |
|---|---|---|
| PLAINTIFF<br>Little Kids, Inc. | | DEFENDANT<br>David J. Catanzaro |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,653,959 | February 2, 2010 | David J. Catanzaro |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of Dismissal (without prejudice) filed by Plaintiff Little Kids, Inc. on 3/31/2015. CASE CLOSED. |

| CLERK<br>/s/ David A. DiMarzio | (BY) DEPUTY CLERK | DATE 4/1/2015<br>~~3/13/2015~~ |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LITTLE KIDS, INC.

-V-                                                          No. 15-0095

DAVID J. CATANZARO

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Little Kids, Inc. hereby dismisses its complaint, without prejudice, pursuant to Rule 41(a) of the Rules of Civil Procedure, defendant not having answered or otherwise appeared.

LITTLE KIDS, INC.
By its attorneys,

/s/ Robert D. Fine

Robert D. Fine (2447)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI  02903
Tel.:   (401) 453-6400
Fax:   (401) 453-6411
Email: rfine@crfllp.com
Dated: March 31, 2015